No. 02–8308. BASS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–8310. BRAGGS v. PEREZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–8311. BEATTY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8315. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8316. BARBER v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. 5th Cir. Certiorari denied.

No. 02–8317. BRUNETTI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–8319. COOPER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8322. DELGADO v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8323. LYN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8324. JETER v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 02–8325. WAY QUOE LONG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8326. LIVINGSTON v. HERBERT, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–8327. JACOBS v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 02–8329. ALBERTO CABAL v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 02–8330. CASTELLANOS-LOZA, AKA LOZA-CASTELLANOS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.